ALD-292                                                     August 27, 2020

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **20-1614**

LYNN Z. SMITH, Appellant

v.

ANDREA DOBIN, ESQ.; ET AL.

(D.N.J. Civ. No. 1-18-cv-17515)

Present:       PHIPPS, Circuit Judge

Submitted are:

(1)     Appellant's letter regarding website link docketed July 2, 2020; and

(2)     Appellant's motion for leave to appeal in forma pauperis and affidavit in support thereof, pursuant to Rule 24, Federal Rules of Appellate Procedure,

in the above-captioned case.

                                                Respectfully,

                                                Clerk

_____ORDER_____

       Appellant's motion for leave to proceed in forma pauperis is denied. If appellant wishes to proceed with this appeal, she must pay the full $505.00 filing and docketing fees to the District Court within 21 days of the date of this order. Failure to pay the fees within that time will result in dismissal of the appeal without further notice. See 3d Cir. LAR 107.1(a).

       If appellant pays the fees, then this appeal will be submitted to a panel of this Court for possible dismissal due to a jurisdictional defect, as appellant was previously advised, as well as consideration of appellant's other motions in this Court. The panel of the Court that will consider those issues if appellant pays the fees also will consider the

possibility of (1) remanding this matter to the District Court for a ruling on appellant's motion for reconsideration at ECF No. 50 if the District Court has not ruled on the motion by then, or (2) taking summary action pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6.  If appellant pays the fees, then she may submit argument on these issues not to exceed 10 pages.  Any such submission, with certificate of service, must be filed with the Clerk of this Court within 21 days of payment of the fees.

By the Court,

s/ *Peter J. Phipps*
Circuit Judge

Dated: September 15, 2020
Lmr/cc: Lynn Z. Smith
Andrea Dobin
Robert L. Gutman
Matthew Howatt